# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00798-CV

### In re WC 1st and Trinity, LP; WC 1st and Trinity GP, LLC; WC 3rd and Congress LP; and WC 3rd and Congress GP, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators (the Partnerships) have filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). They have also filed a notice of interlocutory appeal and alternatively move for temporary emergency relief under Texas Rule of Appellate Procedure 29.3. We grant the motion and temporarily stay the District Court's order confirming the arbitrator's order appointing a receiver pending further order of this Court. *See id.* 52.10(b), 29.3. The Court prohibits the alienation of the real property owned by the Partnerships while the Court's stay is in place. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before November 18, 2019.

It is ordered on November 6, 2019.

Before Chief Justice Rose, Justices Triana and Smith